UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

GLADYS SOSTRE

CASE NO. 10-15316-KSJ
CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF CREDITOR, US BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY**
**(Property Being Surrendered)**

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, US BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, on October 19, 2010, Docket No. 11. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted. Therefore, the Court deems the Motion to be unopposed. Accordingly, it is

ORDERED as follows:

1. The automatic stay arising from these proceedings is hereby vacated, lifted, terminated and dissolved, and

2. The Order Granting Relief from the Automatic Stay is hereby entered for the sole purpose of allowing Movant to pursue *in rem* relief against the real property described as:

> **UNIT NO. 137, DEL REY CONDOMINIUM, PHASE IV, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 3497, PAGE 776, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA, AND ALL RECORDED AND UNRECORDED AMENDMENTS THERETO. TOGETHER WITH AN UNDIVIDED INTEREST OR SHARE IN THE COMMON ELEMENTS APPURTENANT THERETO.**
>
> **a/k/a 6120 CURRY FORD ROAD, APT. 137, ORLANDO, FL 32822-4597**

or permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law, provided that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

3. That the mortgage indebtedness that shall run with the property shall be increased to include $500.00 for attorney`s fees and costs incurred.

DONE and ORDERED in Orlando, Florida, this 16th day of November, 2010

KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, ESQUIRE
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

EMERSON C. NOBLE, TRUSTEE
P.O. BOX 195008
WINTER SPRINGS, FL 32719

GLADYS SOSTRE
6120 CURRY FORD ROAD
#137
ORLANDO, FL 32822-4597

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. CENTRAL BLVD., #620
ORLANDO, FL 32801

K. HUNTER GOFF, ESQUIRE
K HUNTER GOFF PA
1215 E LIVINGSTON ST
ORLANDO, FL 32803